FILED

10/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0033

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0033

SHARON McCREA,

      Plaintiff and Appellant,

v.

CONNIE SUE LARSON, ESTATE OF             O R D E R
MARTINNE E. CHEW, CHICAGO TITLE
INSURANCE COMPANY, LOANCARE
ACCOUNT SERVICING and Any Other
Party, i.e. JOHN DOE,

      Defendants and Appellees.

Pursuant to Appellant Sharon McCrea's motion for extension to of time to file her reply brief and good cause appearing,

IT IS HEREBY ORDERED that Appellant has until November 15, 2023, to file her reply brief.

No further extensions will be granted.

DATED this 1͟ day of October, 2023.

For the Court,

Chief Justice